467 A.2d 39

Capital Consumer v. Brozack, et ux., et al., Appellant.

Argued June 9, 1983. David Abrams, submitted a brief on behalf of appellant; Donnell D. Reed, for appellee; Edgar David Harr, for participating party.

Before CERCONE, President Judge, SPAETH and HESTER, JJ.

Case remanded, with instruction; jurisdiction retained.

467 A.2d 39

Cardile, et al., Appellants v. Nationwide Ins. Co.

Argued June 7, 1982. Francis A. Ferrara, for appellants; Bruce A. Irvine, for appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Order affirmed.